Conway v Conway (2025 NY Slip Op 04349)

Conway v Conway

2025 NY Slip Op 04349

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

474 CA 24-01763

[*1]CONCEPCION T. CONWAY, PLAINTIFF-APPELLANT,
v
EUGENE C. CONWAY, DECEASED, DEFENDANT, AND NICOLE LUNDER, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

THE SCHUPPENHAUER LAW FIRM, P.C., CANANDAIGUA (JOHN A. SCHUPPENHAUER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
DUKE LAW FIRM, P.C., LAKEVILLE (SUSAN K. DUKE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered February 7, 2024 in a postjudgment matrimonial proceeding. The order, inter alia, denied the motion of plaintiff for leave to reargue. 
It is hereby ORDERED that said appeal from the order insofar as it denied plaintiff's motion for leave to reargue is unanimously dismissed and the order is modified on the law by denying defendant Nicole Lunder's motion for leave to reargue her cross-motion and denying her cross-motion insofar as it sought to vacate the Qualified Domestic Relations Order and as modified the order is affirmed without costs.
Same memorandum as in Conway v Conway ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court